IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE ANDREW FOSTER, JR.                                                    PLAINTIFF
ADC #142627

V.                    Case No. 4:23-CV-01150-BRW-BBM

JAZMINE SAIH, Registered Nurse, Well Path;
and AUNDREA CULCLAGER, Deputy Director
for Health and Correctional Programs                                      DEFENDANTS

## **ORDER**

On January 15, 2025, Defendant Jazmine Saih ("Saih"), an employee of Wellpath, LLC, filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 37); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 21, 2025, Saih notified the Court that the bankruptcy stay has been lifted. (Doc. 44).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED, and this case is REOPENED.

2. Plaintiff Lee Andrew Foster, Jr. may refile his Motion for Summary Judgment on or before <u>June 6, 2025</u>.[1] If Plaintiff does so, Defendants may file a renewed response in accordance with Local Rule 7.2(b).

---

[1] Foster's prior Motion for Summary Judgment, (Doc. 28), was administratively terminated when the case was stayed and closed. *See* (Doc. 41).

3.  Defendant Aundrea Culclager may refile her Motion to Compel on or before June 6, 2025.[2] If Defendant Culclager does so, Plaintiff may file a renewed response in accordance with Local Rule 7.2(b).

4.  The parties must complete all discovery on or before July 14, 2025, and file any dispositive motion on the merits on or before August 13, 2025.

SO ORDERED this 28th day of May, 2025.

*Benecia Moore*
UNITED STATES MAGISTRATE JUDGE

---

[2] Culclager's prior Motion to Compel, (Doc. 34), was administratively terminated when the case was stayed and closed. *See* (Doc. 41).