**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEE ANDREW FOSTER, JR.**
**ADC #142627** **PLAINTIFF**

**v.** **No. 4:23-cv-1150-DPM**

**JAZMINE SAIH, Registered Nurse, Well Path; and AUNDREA CULCLAGER, Deputy Director of Health and Correctional Programs** **DEFENDANTS**

**ORDER**

**1.** Foster disagrees with the Magistrate Judge's recommendation and has objected to it. That's his right. Fed. R. Civ. P. 72(b). I will review the matter *de novo* in due course.

**2.** Foster's objection, however, contains improper, intemperate, and disrespectful material. First, adverse rulings do not show bias. *Ex Parte American Steel Barrel Co.*, 230 U.S. 35, 43–44 (1913). Second, profanity has no place in court papers. Third, Foster's vulgar and racist attack on the Magistrate Judge is disrespectful to her and this Court. Most every litigant probably feels some anger and frustration with the judicial system and the judge at some point in a case. But those emotions do not justify unfounded personal attacks on the Court or the judge. This Court has treated Foster respectfully. He must do likewise.

**3.** The Court therefore directs the Clerk of Court to substitute redacted pages 1 & 2 in *Doc. 93*. The profanity and personal attack must be, and hereby are, removed.

**4.** As a sanction for Foster's unacceptable letter, the Court strikes page 3 of *Doc. 93*. And the Court orders Foster to apologize to the Magistrate Judge. He must do so in a sincere and respectful letter filed with the Clerk of Court by 2 September 2026. If he does not do so, the Court will consider a more severe sanction. Fed. R. Civ. P. 11(c).

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

20 August 2026