IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE ANDREW FOSTER, JR.**
**ADC #142627** **PLAINTIFF**

**v.** **No. 4:23-cv-1150-DPM**

**JAZMINE SAIH, Registered Nurse, Well Path; and AUNDREA CULCLAGER, Deputy Director of Health and Correctional Programs** **DEFENDANTS**

# ORDER

Foster has not filed a letter of apology. He responded to this Court's Order with another vulgar motion, *Doc. 96*, which the Court strikes. Unless—by 15 September 2026—Foster files a letter apologizing to the Magistrate Judge for all the stricken material, and shows good cause why he should not be sanctioned, the Court will consider dismissing his case with prejudice based on his disrespectful filings and his noncompliance with this Court's Orders.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 September 2026