IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE ANDREW FOSTER, JR.**
**ADC #142627** **PLAINTIFF**

**v.** **No. 4:23-cv-1150-DPM**

**JAZMINE SAIH, Registered Nurse,**
**Well Path; and AUNDREA CULCLAGER,**
**Deputy Director of Health and**
**Correctional Programs** **DEFENDANTS**

**ORDER**

Apology, *Doc. 98 at 1*, accepted. Show cause Orders, *Doc. 95 & 97*, discharged.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 September 2026