**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEE ANDREW FOSTER, JR.**
**ADC #142627** **PLAINTIFF**

**v.** **No. 4:23-cv-1150-DPM-BBM**

**JAZMINE SAIH, Registered Nurse,**
**Well Path** **DEFENDANT**

# ORDER

Nurse Saih's motion for reconsideration, *Doc. 102*, is denied without prejudice. The Court refers this issue of whether Nurse Saih's responses to Foster's request for admissions were timely to the Magistrate Judge. This is one part of the remaining dispute.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 October 2026